No. 222. LIVERMORE *v.* BEAL ET AL. October 11, 1937. Petition for writ of certiorari to the District Court of Appeal, 3d Appellate District, of California, denied. *Messrs. W. H. Metson, Randolph V. Whiting,* and *A. H. Ricketts* for petitioner. *Messrs. Frederick D. Anderson, Herbert W. Clark, Felix T. Smith, F. F. Thomas, Jr., A. L. Weil, L. R. Martineau, Jr.,* and *George W. Nilsson* for respondents. 

No. 223. OSSORIO *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Court of Claims denied. *Mr. T. Ludlow Chrystie* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States. 

No. 224. EDMONDS, ADMINISTRATOR, *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. F. Eldred Boland* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Harry Marselli* for respondent. 

No. 225. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* CECIL B. DEMILLE PRODUCTIONS, INC. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Solicitor General Reed* for petitioner. *Messrs. A. Calder Mackay* and *Thomas R. Dempsey* for respondent.